"O"

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MOSES LAMPTEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE COUNTY OF ORANGE,<br>CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. SACV 10-1110-ODW (RNB)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: __12-21-2010__

　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE