JS-6 ENTERED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MOSES LAMPTEY,<br><br>Plaintiff,<br><br>vs.<br><br>THE COUNTY OF ORANGE, CALIFORNIA, et al.,<br><br>Defendants. | Case No.  SACV 10-1110-ODW (RNB)<br><br>**JUDGMENT** |

     Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  12-21-2010

OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE